## W. H. SOWARD *v.* PEYTON JOHNSON.

**Bills and Note—Set-Off—Beneficial Owner.**
    If Wings Johnson was the beneficial owner of the note sued on, such fact would have authorized the note held by Soward against him to be set off against it, even in the hands of the appellee.

### APPEAL FROM PIKE CIRCUIT COURT.

February 6, 1872.

OPINION OF THE COURT BY JUDGE LINDSAY:

The answer of Soward presented no sufficient reason for making Wings Johnson a party to this action.

If in point of fact he was the beneficial owner of the note sued on, proof that such was the case would have authorized the note held by Soward against him to be set off against it, even in the hands of the appellees. The proof failed to sustain this hypothesis, and the verdict in favor of the appellee was therefore correct.

Perceiving no error in the action of the circuit court as to the law of the case the judgment must be *affirmed.*

*Rodman, for appellant.*

*Apperson & Reed, for appellee.*